# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133142

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

MARY ANN MCBRIDE,
      Defendant-Appellee.

SC: 133142
COA: 271579
Macomb CC: 05-004049-FC

_____/

On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). We ORDER the Macomb Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court. The parties shall submit supplemental briefs within 42 days of the date of the order appointing counsel, or ruling that the defendant is not entitled to appointed counsel, addressing whether, under all the circumstances, the defendant made a knowing, intelligent, and voluntary waiver of her Fifth Amendment rights.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2007

_____
Clerk

d0529